AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| RICARDO ORTIZ | ) | EP:20-M-2812-MAT |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

Filed  8/7/20
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 25, 2020 - July 19, 2020  in the county of  El Paso  in the
Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 2251(a) and 2252(a)(4)(B) | Production and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At  10:55 A.M.
Fed.R.Crim.P. 4.1(b)(2)(A)

*Complainant's signature*

LAURA M. CONKLIN, FBI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/05/2020

*Judge's signature*

City and state:   El Paso, Texas    MIGUEL A. TORRES, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Laura M. Conklin, herein after "Affiant," being duly sworn do hereby depose and state:

1. Affiant is a SA with the Federal Bureau of Investigation ("FBI") assigned to the El Paso Division. Affiant has been employed with the FBI as an SA since February 2019, and is currently assigned to a squad that investigates child exploitation and human trafficking crimes, and is responsible for investigations involving the production, importation, advertising, receipt, and distribution of child pornography which occur in the Western District of Texas. In addition, Affiant is responsible for various child exploitation investigations, to include but not limited to: child prostitution, online solicitation of minors; receipt, distribution, and production of child pornography, and enticement of minors. The statements contained in this Affidavit are based on Affiant's experience, background as a SA, and on information provided by other law enforcement officers ("Investigators").
2. The information contained herein is based upon Affiant's investigation as well as information supplied by other Investigators. Your Affiant has not included all facts known concerning this matter, but only facts necessary to set forth probable cause.
3. On July 19, 2020, **Ricardo Ortiz** was arrested by the FBI for attempting to persuade, entice, or coerce an individual who had not attained the age of 18 years, to engage in sexual activity, in violation of Title 18, United States Code Section 2422(b) Coercion and Enticement.
4. During a mirandized interview of Ortiz on July 19, 2020, Ortiz agreed to speak with Investigators without an attorney present. An audio/video recorded interview was performed wherein Ortiz admitted that he engaged in sexually explicit conversations with an FBI Online Covert Employee (OCE), who he knew to be a 14-year-old male, and went to the OCE's residence for the purpose of engaging in sexual activity. Ortiz provided written consent for FBI Agents to search the telephone on his person at the time of his arrest, an iPhone 11 Pro Max (iPhone), in which Ortiz indicated he was the sole user of the iPhone. The iPhone was manufactured outside of the state of Texas.
5. On July 23, 2020, a Preliminary and Detention Hearing was held for Ortiz, wherein probable cause for his arrest was judicially confirmed. Ortiz was subsequently released on a $40,000 USD bond.
6. On July 29, 2020, cursory review of Ortiz' cellular device, the iPhone, revealed the following:
    a. More than twenty videos depicting suspected child sexual abuse material (CSAM). Two of the videos are described below as examples:
        i. A two minute and forty-six second video depicting a completely nude pre-pubescent male approximately six to eight years of age, performing oral sex on what appeared to be an adult male.
        ii. An eight minute and twenty second video titled "11 yo Naked Boy Ass Fucked By His Man", depicting a completely naked pre-pubescent male

       approximately eight to ten years of age, on his hands and knees on a bed being anally penetrated by what appeared to be an adult male penis.

   b. Affiant observed more than fifty completely nude photographs of an individual Affiant has identified as a now-17-year-old male, hereinafter "Victim". At the time the photographs were taken, the Victim was 16-years old and known to reside in the Western District of Texas. Many of the photographs depict the Victim masturbating.

      i. The iPhone was seized on July 19, 2020 and was in the possession of Ortiz pursuant to his arrest on July 19, 2020.

   c. Affiant also observed more than twenty recorded videos that appear to be a video chat between Ortiz and the Victim, in which Ortiz can be seen in a small window in the corner of the screen and the Victim can be seen on the main portion of the screen. The videos depict Ortiz and the Victim masturbating and performing various sexual acts on themselves. Based on the placement of Ortiz and the Victim in the videos, It appeared Ortiz used a screen recorder application to record the video chats.

      i. The first instance of production the Affiant observed involving the Victim, occurred on or about March 25, 2020.

   d. These videos, photos, and saved screenshots chats suggest an ongoing sexual relationship between Ortiz and the Victim.

7. There is reason to believe, and your Affiant does believe, there is probable cause that **Ricardo Ortiz**, committed the offense of production of child pornography, in violation of Title 18, United States Code, Section 2251(a), and committed the offense of knowingly possessing visual depictions of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

_[signature]_

Special Agent Laura M. Conklin
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME ON AUGUST 5TH, 2020.

_____
HONORABLE JUDGE MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE